FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 APR 24  AM 10: 15

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 4 |
| | ) Misprision of Felony |
| TYWANNA LEWIS | ) |

CR424-041

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Misprision of Felony*
18 U.S.C. § 4

Beginning on a date at least as early as January 2017 until December 2022, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the Defendant,

**TYWANNA LEWIS,**

had knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Money Laundering in violation of 18 U.S.C. 1956(a)(1), and did conceal the same by receiving U.S. currency from Gregory Smiley, which the defendant knew were proceeds from the illegal distribution of controlled substances, putting such cash proceeds into her personal bank account, and then using such proceeds to rent, through the use of financial transactions, 10 Concordia Drive, Savannah, Georgia, in her name, knowing that Gregory Smiley and others intended to store and distribute controlled substances at that location and thereby promote the carrying on of the sale of controlled substances, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

All in violation of Title 18, United States Code, Section 4.

_____
E. Greg Gilluly
Deputy Chief, Criminal Division
Assistant United States Attorney

_____
Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel